# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos.  1D15-5127
      1D16-3753

_____

THE CITY OF GULF BREEZE
and ELIZABETH A. GREER,
Individually and as Trustee
as identified under The Last
Will and Testament of Mary
J. Patterson a/k/a Mary
Elizabeth Patterson,

 Appellants,

  v.

JOHN LANCE REESE, PETER
PETERS and MITZI PETERS, as
Trustees of the Peters Living
Trust Dated September 9, 2010,

 Appellees.


_____

No. 1D17-4718

_____

THE CITY OF GULF BREEZE,

 Appellant,

  v.

JOHN LANCE REESE, PETER
PETERS, and MITZI PETERS, as
Trustees of The Peters Living
Trust Dated September 9, 2010,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

November 28, 2018

PER CURIAM.

    AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Thomas M. Findley of Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC, Tallahassee, for Appellant, The City of Gulf
Breeze.

Kenneth B. Bell of Gunster, Yoakley & Stewart, P.A.,
Tallahassee, and Charles F. Beall, Jr., of Moore Hill &
Westmoreland, P.A., Pensacola, for Appellees.